UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carleen W.,[1] | Case No. 20-CV-1216 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijkazi,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

David F. Chermol, Chermol & Fishman LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116 and Edward C. Olson, Disability Attorneys of Minnesota, 331 2nd Avenue S., #890, Minneapolis, MN 55401 for Plaintiff Carleen W.

Chris Carillo, and Elvi Jenkins, Social Security Administration, 1301 Young Street, Dallas, TX 75202 for Defendant Kilolo Kijkazi, Acting Commissioner of Social Security.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated January 30, 2022 [Docket No. 26]. No objections have been filed to the Report and Recommendation. Accordingly, and after an independent review of the files, records and proceedings in the above-entitled matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [Doc. No. 26] is ADOPTED;

2. Plaintiff's Motion for Summary Judgment [Doc. No. 20] is GRANTED;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as this Order.

3. Defendant's Motion for Summary Judgment [Doc. No. 23] is DENIED; and

4. The above-listed matter is REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with this Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED:  February 9, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge